UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| SCOTT GUNNELLS, | |
|---|---|
| Plaintiff, | |
| -against- | 19-cv-5312 (JSR) |
| MICHAEL JOSEPH TEUTUL, et al., | 19-cv-5331 (JSR) |
| Defendants. | ORDER |

JED S. RAKOFF, U.S.D.J.

A conference in the above-captioned cased was scheduled for today, January 3, 2020 at 5:00 pm. However, neither counsel for plaintiff nor counsel (if any) for the defendants appeared. The Court thus assumes that plaintiff has abandoned the case, which is accordingly dismissed. The Court nonetheless grants plaintiff leave to file a brief explaining why the case should be reinstated by Friday, January 17, 2020.

SO ORDERED.

Dated: New York, NY

January 3, 2020

JED S. RAKOFF, U.S.D.J.