UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT GUNNELLS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOSEPH TEUTUL, an individual; PAUL TEUTUL, an individual; ORANGE COUNTY CHOPPERS, INC., a New York Corporation; DISCOVERY, INC., a Delaware Corporation.; PILGRIM MEDIA GROUP, LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Civil Action No.: 1:19-cv-05331-JSR<br>Civil Action No.: 1:19-cv-05312-JSR<br><br>**DEFAULT JUDGMENT AS TO DEFENDANTS MICHAEL JOSEPH TEUTUL, PAUL TEUTUL, AND ORANGE COUNTY CHOPPERS, INC.** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

**JUDGMENT AGAINST MICHAEL JOSEPH TEUTUL, PAUL TEUTUL, AND ORANGE COUNTY CHOPPERS, INC.:**

A Judgment is hereby GRANTED and ENTERED against Michael Joseph Teutul, an Individual; Paul Teutul, an Individual; and Orange County Choppers, Inc., a New York Corporation, jointly and severally, and in favor of Scott Gunnells, in the amount of $ 258,484.45 , along with interest in the amount prescribed by statute.

SO ORDERED.

Date ___2/13/___, 2020      By: _____
                                Jed S. Rakoff
                                United States District Judge