UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT GUNNELLS,<br><br>       Plaintiff,<br><br>  -against-<br><br>MICHAEL JOSEPH TEUTUL, et al.,<br><br>       Defendants. | 19-cv-5331 (JSR)<br>19-cv-5312<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    The Court hereby corrects the following error in the Order signed today, June 1, 2020, ECF No. 73,[1] in the above-captioned case: On page 1, line 8, the word "plaintiff's" is deleted and replaced with "defendants'."

    SO ORDERED.

Dated:   New York, NY

          June 1, 2020

_____
United States District Judge

---

[1] This is the ECF number for docket number 19-cv-5331. The ECF number for docket number 19-cv-5312 is 21.